UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-cv-22872-HOEVELER

DAMARIS HERZOG, ORLANDO DeARMAS, JR.,
ROSEMARY DIAZ, MARIA FUNEZ, and LAZARO
HERNANDEZ, on their own behalf and others similarly
situated,

    Plaintiffs,

vs.

NCL (BAHAMAS), LTD., d/b/a NORWEGIAN
CRUISE LINE, a foreign corporation; DANIEL
FARKAS, Senior Vice President and General
Counsel; GEORGE CHESNEY, Senior Vice
President, Human Resources; MARY O'MALLEY,
Director, Compensation and Benefits,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, Damaris Herzog, Orlando DeArmas, Jr., Rosemary Diaz, Maria Funez, and Lazaro Hernandez, by and through undersigned counsel, notify the Court that a settlement has been reached with Defendants in this matter. The parties are in the process of drafting the appropriate settlement documents and Plaintiffs will, pursuant to Rule 41, of the Florida Rules of Civil Procedure, dismiss their claims with prejudice against all Defendants to this action as soon as the documents have been finalized.

Dated: August 12, 2013

    Respectfully Submitted,

    HARRY N. TURK, P.A.
    Attorney for Plaintiffs
    One S.E. 3rd Avenue, Suite 2900
    Miami, FL 33131
    (305) 350-2223 Tel (305) 350-2225 Fax

    By: s/Harry N. Turk
        HARRY N. TURK (FBN 120596)

    BRUMER & BRUMER, P.A.
    Co-Counsel for Plaintiffs
    1 S.E. 3rd Avenue, Suite 2900
    Miami, FL 33131
    (305) 374-2000 Tel (305) 358-0303 Fax

By: /s/Marc L. Brumer  
MARC L. BRUMER  
Florida Bar No. 863350

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/Harry N. Turk

## SERVICE LIST

Rachel K. Beige, Esq.  
**COLE, SCOTT & KISSANE, P.A.**  
1645 Palm Beach Lakes Blvd., 2nd Floor  
West Palm Beach, Florida 33401