UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22872-CIV-HOEVELER

DAMARIS HERZOG, ORLANDO DeARMAS, JR.,
ROSEMARY DIAZ, MARIA FUNEZ, and
LAZARO HERNANDEZ, on their own behalf
and others similarly situated,

      Plaintiffs,

v.

NCL (BAHAMAS, LTD., d/b/a NORWEGIAN
CRUISE LINE, a foreign corporation; DANIEL
FARKAS, Senior Vice President and General
Counsel; GEORGE CHESNEY, Senior Vice
President, Human Resources; MARY O'MALLEY,
Director, Compensation and Benefits,

      Defendants.



_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court on the Plaintiffs' Notice of Voluntary Dismissal with Prejudice.  Based on the above, it is

ORDERED AND ADJUDGED that this case be DISMISSED with prejudice.

DONE AND ORDERED IN Chambers in Miami, Miami-Dade County, Florida, this 28th day of August, 2013.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

copies furnished to:  counsel of record